1   MARCO HEYWARD
    P.O. BOX 466
2   HAYWARD, CA. 94543
    (510) 717-7151
3

4

5   MARCO HEYWARD, PRO SE

6

7

8                   UNITED STATES DISTRICT COURTS

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12   MARCO HEYWARD              ) Case No.:  CV 14 5114
                                )
13                              )
            Plaintiff,          ) MEDICAL COMPLAINT FOR DAMAGES
14                              ) UNDER DUTY OWED OF
                                ) RESPONISIBILITY AND OBLIGATION
15        vs.                   )
                                )
16   NAME OF DEFENDANT,         )
                                )
17                              )
            Defendant           )
18   _____

19   PLEASE TAKE NOTICE  that  on November 16, 2011, Plaintiff filed an Administrative Tort Claim/

20   Complaint with the "state entity" The San Francisco Regional Counsel's Office using the Standard

21   Form 95 (SF-95) for MEDICAL MALPRACTICE, "OWED DUTY OF STANDARD CARE" in a

22   timely manner, giving THE DEPARTMENT OF VETERANS AFFAIRS REGIONAL OFFICE OF

23   OAKLAND, CA.94612 and VA Medical  Hospital , 4150 Clement Street, San Francisco, CA. 94121

24

25   an opportunity to settle and provide me with a revised surgery of my left quadriceps tendon where

26   they placed my left knee anatomically lower than my right knee before suit was brought, and an

27

28

                              - 1 -
                 DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

opportunity to make an investigation of the facts. (**SEE ATTACHMENT A/FORM 95 AND TORT CLAIM).**

**I**

The Department of Veterans Affairs is a corporation or unincorporated or unincorporated association and its principal place of business is located in Alameda County.

**II**

Plaintiff has complied with the statute of limitations and files this complaint according to Government Code Section 12965, subdivision (b).

**III**

Defendants violated Plaintiffs Civil Rights under 38 U.S.C. Chapter 11(COMPENSATION), Extraordinary relief, Restitution of Remedies 28 U.S.C. 2674 (LIABILITY OF UNITED STATES), Civ. Code 3294 (a) (MALICE), and Hospital Negligence.

**IV**

**FIRST CAUSE OF ACTION**

**38 U.S.C. 1151:**

On December 28, 2010, Plaintiff underwent arthroscopic surgery of my right and left bilateral quadriceps tendons.(**SEE ATTACHMENT B/PHOTOS**). It was noted by x-rays on March 14, 2011 that the surgical team of Hubert Kim, M.D., office: 4150 Clement St., San Francisco, CA. 94121, and Nancy Kadel, M.D., office: 4150 Clement St., San Francisco, CA. 94121, provided Plaintiff with inadequate medical care, because the defendants knew/had knowledge that my

1   left knee was surgically placed anatomically lower than my right

2   knee.(**SEE ATTACHMENT C/DISABILITY INDEMNITY SUPPLEMENTAL REPORT**).

3   On May 19, 2011, Nurse Practitioner, Betty King reveal through x-

4   rays, physical examinations, and physical therapy assessments that

5   I re-ruptured my left quad tendon as a result of physical therapy

6   and the positioning of my left knee. (**SEE ATTACHMENT**

7

8   **D/SUPPLEMENTARY STATEMENT**). As a result of this knowledge the VAMC

9   San Francisco recklessly tried to shift the blame to Plaintiff

10  alleging noncompliance which is an extreme departure from ordinary

11  standard of care. Thus, as a result Plaintiff has additional

12  disability as a result of carelessness, negligence, error in

13

14  judgment, and malice. Since services rendered by the VA, Plaintiff

15  has filed an application for additional disability compensation and

16  related compensation benefits because the VA was the proximate

17  cause of these additional and secondary disabilities for left thigh

18  muscle atrophy, depression, left knee/right knee and lower back .

19

20  (**SEE ATTACHMENT E/FORM 21-526EZ**).

21

22                              V

23                  **SECOND CAUSE OF ACTION**

24                       **MALICE**

25

26  **Civ. Code 3294 (a) (MALICE)**

27

28

- 3 -

1    The VAMC San Francisco and the Department of Veterans Affairs
2    conduct and willful knowledge of the surgically placement of my
3    left knee and the re-rupturing/separation of my left quad tendon
4    refused to provide Plaintiff with equal standard of care. The
5    Department of Veterans Affairs, after diligently and rigorously
6    finally decided on September 9, 2013 arranged an Orthopedic Surgery
7    Consult with Dr. Nicholas Giori at the Palo Alto VAMC, where he
8    ruled out a revised surgery due to the lapse of time and that my
9
10   condition is permanent. **(SEE ATTACHMENT F/ PROGRESS NOTES)**.
11
12                                   VI
13                         THIRD CAUSE OF ACTION
14                           (Intentional Tort)

15   **Extraordinary relief, Restitution of Remedies 28 U.S.C. 2674 (LIABILITY OF UNITED**
16   **STATES),**

17   That the series of events which were narrated on the first cause of action, and second cause of action
18   and which are hereby adopted and made part of this third cause of action. That the Defendants by
19   their conduct and manner, who were acting in their individual capacity, which constitutes a cause of
20   action of Defendants intentional tort actions and caused to Plaintiff. Stated and narrated in the first
21   cause of action, second cause of action, third cause of action which adopted, did in fact suffer
22   emotional distress and diminished quality of life which were the result of Defendants malicious acts.
23   Wherefore, premises considered, Plaintiff prays of this Honorable Court for judgment: Ordering
24   Defendants, to pay Plaintiff damages and actual loss as may be proven during the trial and which can
25   be conservatively estimated to be in the amount of FORTY MILLION DOLLARS ($40,000,000.00).
26   The costs of having to be forced to initiate this action to vindicate Plaintiffs' violated rights; and for
27
28

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

1    such further relief as the court may deem just, proper and equitable, in the interest of justice.

2    Therefore, Plaintiff request's the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

3    OF CALIFORNIA to accept this Medical Complaint and more forward.

4

5

6

7

8    I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT.

9

10

11

12       DATED: November 18, 2014

13

14

15                                                     MARCO HEYWARD
                                                       Pro SE
16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

# ATTACHMENT

# A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
Regional Office of Veterans Affairs
8810 Rio San Diego Dr.
San Diego, CA. 92108

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse). (Number, street, city, State and Zip Code)**
Mr. Marco B. Heyward
P.O. Box 466
Hayward, CA. 94543

| 3. TYPE OF EMPLOYMENT MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 02-21-64 | 5. MARITAL STATUS Divorced | 6. DATE AND DAY OF ACCIDENT 12/28/2010 | 7. TIME (A.M. OR P.M.) 9:00 a.m. |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Bilateral quadriceps tendon repair /Left knee was placed lower than right knee. This procedure was at the VAMC San Francisco, CA, location: 2B(1)5/2B08-1.

**9. PROPERTY DAMAGE**

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)**
Mr. Marco B. Heyward, P.O. Box 466 - Hayward, CA. 94543

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)**
Left knee was replaced lower than right knee which causes discomfort and chronic pain due to medical neglect. This procedure was performed by an intern supervised by Dr. Nancey Kadel.

**10. PERSONAL INJURY/WRONGFUL DEATH**

**STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT**
Left knee was replaced/repaired by way of bilateral quadriceps tendon repair and placed lower than right knee which is indicated by the X-ray process and physicians assessment post operation.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Dr. Nancey Kadel | VAMC San Francisco, CA. |

**12. (See instructions on reverse)** **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE Left Knee | 12b. PERSONAL INJURY Left Knee | 12c. WRONGFUL DEATH N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $1,000,000.00 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Marco Heyward | 13b. Phone number of signatory 610.673.5151 | 14. DATE OF CLAIM 4/28/11 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C. 287.) |
|---|---|

95-108
Previous editions not usable
NSN 7540-00-634-4046
STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

SAN FRANCISCO

2011 NOV 14 PM 2:25

VSCO REGIONAL COUNSEL



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Counsel
4150 Clement Street
San Francisco, CA 94121
Tel (415) 750-2288
Fax (415) 750-2255

November 21, 2011

Mr. Marco B. Heyward
P.O. Box 466
Hayward, CA 94543

**Re: Administrative Tort Claim of Marco B. Heyward**

Dear Mr. Heyward:

This letter acknowledges receipt by this office of a Standard Form 95 (SF-95), "Claim for Damage, Injury, or Death," asking for $1,000,000.00 in damages. The San Francisco Regional Counsel's office received your claim on November 16, 2011. The SF-95 alleges medical malpractice. Accordingly, by federal statute, the VA has six months within which to investigate the claim. I am in the process of requesting your VA medical records. After receipt of said records, we will commence the investigation. A date-stamped copy of the claim is enclosed for your records.

In order to evaluate this case, the attorney assigned to this case, Janice Bressler, will need additional information. This information should be sent to her address at: Department of Veterans Affairs, Office of Regional Counsel, 4150 Clement Street, San Francisco, CA 94121. Should you have any questions, she can be reached at: 415-750-2288. Pursuant to 28 C.F.R. Section 14.4, documentation concerning the following areas must be submitted in support of your claim:

1. Names and addresses of all private physicians who have examined or treated you for the injuries or disabilities alleged to be a result of our negligence;

2. If a private physician is currently treating you, a written report by that attending physician setting forth the nature and extent of the injury or condition, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity;

3. Itemized bills for medical and hospital expenses that you have incurred, or itemized receipts of payment for such expenses;

4. If there will be a necessity for future treatment, a statement of expected expenses for such treatment;

5. If the prognosis reveals the necessity for future treatment, a statement of expected expenses for such treatment;

6.    If a claim is made for loss of time from employment, a written statement from your employer showing the actual time lost from employment, whether you are a full or part-time employee, and wages or salary actually lost;

7.    If a claim is made for loss of income and you are self-employed, documentary evidence showing the amount of earnings actually lost;

8.    Medical documents supporting your contention that your treatment by VA was negligent; and

9.    Any other evidence or information which you believe may have a bearing on the alleged responsibility of the United States for the damages claimed by you.

I am enclosing medical release forms which you can complete so that we can obtain your non-VA medical records directly from your physicians who have treated you for the disabilities alleged to be a result of our negligence.  Please return the completed forms to us so that we may begin our investigation of the claim.

Your assistance in providing the information requested is greatly appreciated.

By filing a Standard Form 95 with our office, you have initiated a tort claim investigation. However, depending upon the facts of your claim you may be eligible for VA benefits. I enclose for your information a brochure which describes the differences between a tort claim and a benefits claim and how each kind of claim is processed.

Sincerely yours,

ALI ATKINSON
Paralegal

Enc.

# ATTACHMENT

# B

RIGHT KNEE.

LEFT KNEE.





# ATTACHMENT

# C

05-18-'11 15:22 FROM-                                                    T-324  P0003/0004  F-762

A&H Claims Department
P. O. Box 25987
Shawnee Mission, KS 66225-5987
800-551-0824

| NAME OF GROUP: | Gencon Volunteer Labor #9019830 |
| POLICY NUMBER: | |

## DISABILITY INDEMNITY SUPPLEMENTAL REPORT

**INSTRUCTIONS:**
1.) Section A must be completed in full by claimant.
2.) Section B must be completed in full by Attending Physician.
3.) This form must be signed and dated in all applicable sections.
4.) This form must be submitted to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

## SECTION A- CLAIMANT'S STATEMENT (Please Print or Type)

Claimant's Full Name  Marco   Barren   Heywood  Telephone Number (514) 677-5151
                      First    Middle   Last

Address  2100   65Th   Ave   Oakland CA   94621   Apt #
         Number  Street   City or Town   State   Zip Code

On what date(s) since the last statement furnished by you were you treated by a physician?_____

Names and addresses of current attending physicians:

Physician's Name:  Hubert Kim MD

Office Address:  4150   Clemont St.   San Francisco   CA   94121
                 Number   Street   City   State   Zip Code

Physician's Name:  Nancy Kadel MD

Office Address:  400   Clemont St.,   San Francisco   CA   94121
                 Number   Street   City   State   Zip Code

Have you returned to work?  No  If yes, on what date?_____

If not, when do you expect to return?  June 2011

For what period were you continuously disabled? From  12/28/11   Through  6/30/2011

Have you retired from your business or occupation?  No  If yes, when?_____

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

### AUTHORIZATION

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above.  I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information.  I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

SIGNATURE: [signature]                                    DATE: 5 / 19 / 11

# ATTACHMENT

# D

05-18-'11 15:23 FROM-                                              T-324  P0004/0004 F-762

## SECTION B- ATTENDING PHYSICIAN'S SUPPLEMENTARY STATEMENT

Claimant's Name: _Marco Barron Heyward_

*Please answer all questions*

1. Nature of sickness or injury and complications, if any, causing disability? _Bilateral Quadriceps_
_tendon rupture_

12/28/1

2. What operations, if any, were performed since last statement? _Repair bilateral Quad Tendon_

3. Give all dates of treatment since last statement: Home_____ Office _3/23/11, 2/14/11_

4. Was claimant hospitalized since last statement? _No_ From_____ To_____

   Name and Address of Hospital:_____

5. Have any other physicians been in attendance or consultation since last statement? _Yes_

   If yes, give their names and addresses: _Dr Erik Hansen – Residents - 5_

6. Current limitations and restrictions, if any: _Left patella infera, Partial re-rupture_
_of Quad. tendon_

7. Is this claimant totally disabled from each and every occupation? _No_

   If no, please explain: _Weight bearing as tolerated w/Ringed Knee brace_
_locked in extension   PT at 60° flexion under supervision_
_increase 15 deg / 2 wks_

8. (a) How long was or will claimant be totally disabled from current occupation? From_____ To_____

   (b) How long was or will claimant be partially disabled from current occupation? From_____ To_____

   (c) Estimated return to work date:_____

9. What is the prognosis? _Good_

Doctor's Signature_____ Date _5/19/11_

Doctor's Name (please print or type) _Betty Kiie NP_        Tel.#_(415) 221-4810 X 4766_

Office Address _4150 Clement St.,_  _San Francisco_  _CA_  _94121_
                    Number        Street          City or Town   State   Zip Code

# ATTACHMENT E

OMB Control No. 2900-07
Respondent Burden: 25 n

**VA** Department of Veterans Affairs

# APPLICATION FOR DISABILITY COMPENSATION
# AND RELATED COMPENSATION BENEFITS

VA DATE STAMP
(DO NOT WRITE IN THIS SPACE)

RECEIVED
PUBLIC CONTACT
VETERANS AFFAIRS
14 SEP 12 PM 2:29

IMPORTANT: Please read the Privacy Act and Respondent Burden on page 8 before completing the form.

## SECTION I: IDENTIFICATION AND CLAIM INFORMATION

| 1. VETERAN/SERVICE MEMBER NAME (Last, first, middle) | 2. SOCIAL SECURITY NUMBER | 3. DATE OF BIRTH (MM,DD,YYYY) |
|---|---|---|
| Heyward, Marcus B. | 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 | 02, OAKLAND CA 4 |

| 4. SEX | 5. HAVE YOU EVER FILED A CLAIM WITH VA? | 6. VA FILE NUMBER |
|---|---|---|
| ☑MALE  ☐FEMALE | ☑YES  ☐NO (If "Yes", provide your file number in Item 6) | 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 |

| 7A. CURRENT MAILING ADDRESS | 7B. FORWARDING ADDRESS | 7C. TELEPHONE NUMBERS (Include Area Code) |
|---|---|---|
| P.O. Box 460 | | DAYTIME (570) 677-5151 |
| Street address, rural route, or P.O. Box    Apt. number | Street address, rural route, or P.O. Box    Apt. number | EVENING ( ) |
| Hayward, CA. 94543 | | CELL PHONE ( ) |
| City    State    ZIP Code    Country | City    State    ZIP Code    Country | |

| 8A. PREFERRED E-MAIL ADDRESS (If applicable) | 8B. ALTERNATE E-MAIL ADDRESS (If applicable) |
|---|---|
| mheyward@peralta.edu | |

9. LIST THE DISABILITY(IES) YOU ARE CLAIMING (If applicable, identify whether a disability is due to a service-connected disability, is due to confinement as a Prisoner of War, is due to exposure to Agent Orange, Asbestos, Mustard Gas, Ionizing Radiation, or Gulf War Environmental Hazards, or is related to benefits under 38 U.S.C. 1151).

Please list your contentions below. See the following examples, for more information:

   • Example 1: Hearing loss
   • Example 2: Diabetes-Agent Orange (exposed 12/72, Da Nang)
   • Example 3: Left knee - secondary to right knee

### DISABILITIES

| | | | |
|---|---|---|---|
| 1. Left Knee / Rt. Knee | 11. | 21. | |
| 2. Left Calve / Rt. Calf | 12. | 22. | |
| 3. Left thigh | 13. | 23. | |
| 4. - Depression | 14. | 24. | |
| 5. - Lower back | 15. | 25. | |
| 6. | 16. | 26. | |
| 7. | 17. | 27. | |
| 8. | 18. | 28. | |
| 9. | 19. | 29. | |
| 10. | 20. | 30. | |

10. LIST VA MEDICAL CENTER(S) WHERE YOU RECEIVED TREATMENT FOR YOUR CLAIMED DISABILITY(IES) AND PROVIDE TREATMENT DATES:

| A. NAME AND LOCATION OF VA MEDICAL CENTER | B. DATE(S) OF TREATMENT |
|---|---|
| S.F. VA Medical facility | Martinez |
| Palo Alto | |

NOTE: IF YOU WISH TO CLAIM ANY OF THE FOLLOWING DISABILITY COMPENSATION RELATED BENEFITS, COMPLETE AND ATTACH TO THIS FORM THE REQUIRED BENEFIT FORM(S) AS STATED (VA forms are available at www.va.gov/vaforms).

| Benefits for: | Required Form(s): |
|---|---|
| Dependents | VA Form 21-686c and, if claiming a child aged 18-23 years and in school, VA Form 21-674 |
| Individual Unemployability | VA Form 21-8940 and 21-4192 |
| Specially Adapted Housing or Special Home Adaptation | VA Form 26-4555 |
| Auto Allowance | VA Form 21-4502 |
| Veteran/Spouse Aid and Attendance benefits | VA Form 21-2680 or, if based on nursing home attendance, VA Form 21-0779 |

## SECTION II: SERVICE INFORMATION

| 11A. DID YOU SERVE UNDER ANOTHER NAME? | 11B. PLEASE LIST THE OTHER NAME(S) YOU SERVED UNDER |
|---|---|
| ☐ YES (If "Yes", complete Item 11B)  ☑ NO (If "No", skip to Item 12A) | N/A |

| 12A. I ENTERED ACTIVE SERVICE ON (MM,DD,YYYY) | 12B. BRANCH OF SERVICE | 12C. RELEASE DATE OR ANTICIPATED DATE OF RELEASE FROM ACTIVE SERVICE |
|---|---|---|
| 06/01/1981 | Army | 08/29/1999 |

| 12D. DID YOU SERVE IN A COMBAT ZONE SINCE 9-11-2001? | 12E. PLACE OF LAST OR ANTICIPATED SEPARATION |
|---|---|
| ☐ YES  ☑ NO | Fort Hood TX - |

| 13A. ARE YOU CURRENTLY ACTIVATED TO FEDERAL ACTIVE DUTY UNDER THE AUTHORITY OF TITLE 10, U.S.C. (National Guard)? | 13B. DATE OF ACTIVATION (MM,DD,YYYY) |
|---|---|
| ☐ YES  ☑ NO (If "Yes," provide date of activation in Item 13B) | N/A |

| VA FORM JAN 2014  **21-526EZ** | SUPERSEDES VA FORM 21-526EZ, AUG 2013, WHICH WILL NOT BE USED. | Page 7 |
|---|---|---|

| 14A. WHAT IS THE NAME AND ADDRESS OF YOUR RESERVE/NATIONAL GUARD UNIT? N/A | 14B. WHAT IS THE TELEPHONE NUMBER OF YOUR CURRENT UNIT? (Include Area Code) ( ) |
|---|---|

| 15A. HAVE YOU EVER BEEN A PRISONER OF WAR? ☐ YES (If "Yes," complete Item 15B) ☑ NO (If "No," skip to Item 16A) | 15B. DATES OF CONFINEMENT From: N/A To: |
|---|---|

## SECTION III: SERVICE PAY

| 16A. DID/DO YOU RECEIVE ANY TYPE OF SEPARATION/SEVERANCE/RETIRED PAY? ☐ YES ☑ NO (If "Yes," complete Items 16B and 16C) | 16B. LIST AMOUNT (If known) $ N/A | 16C. LIST TYPE (If known) N/A |
|---|---|---|

**IMPORTANT:** Submission of this application constitutes an election of VA compensation in lieu of military retired pay if it is determined you are entitled to both benefits. If you are entitled to receive military retired pay, your retired pay may be reduced by the amount of any VA compensation that you are awarded. VA will notify the Military Retired Pay Center of all benefit changes. Receipt of military retired pay or Voluntary Separation Incentive (VSI) and VA compensation at the same time may result in an overpayment, which may be subject to collection. However, if you do not want to receive VA compensation in lieu of military retired pay, you should check the box in Item 17. Please note that if you check the box in Item 17, you *will not* receive VA compensation, if granted.

| 17. ☐ I want military retired pay instead of VA compensation. |
|---|

## SECTION IV: DIRECT DEPOSIT INFORMATION

The Department of Treasury requires all Federal benefit payments be made by electronic funds transfer (EFT), also called direct deposit. Please attach a voided personal check or deposit slip or provide the information requested below in Items 18, 19 and 20 to enroll in direct deposit. If you do not have a bank account, you must enroll in your payment through Direct Express Debit MasterCard. To request a Direct Express Debit MasterCard you must apply at www.usdirectexpress.com or by telephone at 1-800-333-1795. If you elect not to enroll, you must contact representatives handling waiver requests for the Department of Treasury at 1-888-224-2950. They will encourage your participation in EFT and address any questions or concerns you may have.

| 18. ACCOUNT NUMBER (Check the appropriate box and provide the account number, or simply write "Established" if you have a direct deposit with VA) |
|---|
| ☑ CHECKING ☐ SAVINGS ☐ I CERTIFY THAT I DO NOT HAVE AN ACCOUNT WITH A FINANCIAL INSTITUTION OR CERTIFIED PAYMENT AGENT Account No.: On Record Account No.: |

| 19. NAME OF FINANCIAL INSTITUTION (Please provide the name of the bank where you want your direct deposit) On Record | 20. ROUTING OR TRANSIT NUMBER (The first nine numbers located at the bottom left of your check) On Record |
|---|---|

## SECTION V: CLAIM CERTIFICATION AND SIGNATURE

I certify and authorize the release of information. I certify that the statements in this document are true and complete to the best of my knowledge. I authorize any person or entity, including but not limited to any organization, service provider, employer, or government agency, to give the Department of Veterans Affairs any information about me, and I waive any privilege which makes the information confidential.

I certify I have received the notice attached to this application titled, *Notice to Veteran/Service Member of Evidence Necessary to Substantiate a Claim for Veterans Disability Compensation and Related Compensation Benefits.*

I certify I have enclosed all the information or evidence that will support my claim, to include an identification of relevant records available at a Federal facility such as a VA medical center; **OR,** I have no information or evidence to give VA to support my claim; **OR,** I have checked the box in Item 21, indicating that I do not want my claim considered for rapid processing in the Fully Developed Claim (FDC) Program because I plan to submit further evidence in support of my claim.

21. The FDC Program is designed to rapidly process compensation or pension claims received with the evidence necessary to decide the claim. VA will automatically consider a claim submitted on this form for rapid processing under the FDC Program. Check the box below ONLY if **you DO NOT want your claim considered for rapid processing** under the FDC Program because you plan on submitting further evidence in support of your claim.

☐ **I DO NOT want my claim considered for rapid processing under the FDC Program because I plan to submit further evidence in support of my claim.**

| 22A. VETERAN/SERVICE MEMBER SIGNATURE (REQUIRED) | 22B. DATE SIGNED 9/12/2014 |
|---|---|

## SECTION VI: WITNESSES TO SIGNATURE

| 23A. SIGNATURE OF WITNESS (If veteran signed above using an "X") | 23B. PRINTED NAME AND ADDRESS OF WITNESS |
|---|---|
| 24A. SIGNATURE OF WITNESS (If veteran signed above using an "X") | 24B. PRINTED NAME AND ADDRESS OF WITNESS |

**PRIVACY ACT NOTICE:** The form will be used to determine allowance to compensation benefits (38 U.S.C. 5101). The responses you submit are considered confidential (38 U.S.C. 5701). VA may disclose the information that you provide, including Social Security numbers, outside VA if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies. VA may make a "routine use" disclosure for civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA programs and delivery of VA benefits, verification of identity and status, and personnel administration. Your obligation to respond is required in order to obtain or retain benefits. Information that you furnish may be utilized in computer matching programs with other Federal or State agencies for the purpose of determining your eligibility to receive VA benefits, as well as to collect any amount owed to the United States by virtue of your participation in any benefit program administered by the Department of Veterans Affairs. Social Security information: You are required to provide the Social Security number requested under 38 U.S.C. 5101(c)(1). VA may disclose Social Security numbers as authorized under the Privacy Act, and specifically may disclose them for purposes stated above.

**RESPONDENT BURDEN:** We need this information to determine your eligibility for compensation. Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 25 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

VA FORM 21-526EZ, JAN 2014

# ATTACHMENT
# F

# Progress Notes

Printed On Sep 16, 2013

LOCAL TITLE: ORTHOPEDIC SURGERY CONSULT H&P
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: SEP 09, 2013@10:00    ENTRY DATE: SEP 10, 2013@09:07:14
     AUTHOR: GIORI,NICHOLAS J    EXP COSIGNER:
     URGENCY:                    STATUS: COMPLETED


PATIENT NAME:  HEYWARD, MARCO

HISTORY:
The patient is a 49-year-old man who has an interesting history.  He
fell down some stairs in 2010 and sustained bilateral knee quadriceps
tendon ruptures.  He was then seen at San Francisco VA where he had
bilateral quadriceps tendon ruptures repaired and actually ended up
doing quite well with the right side.  For reasons that are not clear
to me, the left side ended up with a patella baja, but still a healed
quadriceps tendon.  He is complaining now of some weakness in that
left leg, which is probably not surprising given the fact that the
patella being not in the right position is probably not giving him the
mechanical advantage that he needs.  He has also developed some
weakness in the quadriceps on that side.  He comes in wondering
whether he needs to have another operation.

PHYSICAL EXAMINATION:
MUSCULOSKELETAL:  I can definitely feel the quadriceps tendon, which
is incontinuity.  He is able to do a straight leg raise as well.
However, when he walks, he walks with his leg in a locked position.
He says that sometimes he feels like his leg is going to give way.  I
asked him to do straight leg raising exercises, he is able to do 5
relatively easily, but he definitely is weak on the left side compared
to the right.

IMAGING:
X-rays reveal a patella baja on the left side.

ASSESSMENT:
The patient has patella baja subsequent to a quadriceps tendon repair
back in 2010.  The tendon is now healed, but probably healed in a
length and a position leading to a patella baja, which is now scarred
down.  I told him that there is no specific operation now that would
be able to help his condition.  Given the fact that he is able to do
straight leg raises and walk, he needs to work on strengthening his
quadriceps probably beyond what he had previously to make up for the
mechanical loss that he had with the change in position of the
patella.  I demonstrated to him some short squat exercises that do not
go very deeply, but still strengthen the quadriceps.  He demonstrated
understanding and will followup on an as needed basis.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

HEYWARD,MARCO BARREN
P.O BOX 466
HAYWARD, CALIFORNIA  94543

Printed at PALO ALTO HCS

# Progress Notes

```
D:  09/09/2013
T:  09/09/2013
Job number:  1160725
AFF/CMTS
$end:

/es/ NICHOLAS J GIORI, MD
STAFF SURGEON, ORTHOPEDIC
Signed: 09/14/2013 13:56
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

HEYWARD,MARCO BARREN
P.O BOX 466
HAYWARD, CALIFORNIA  94543

**VISTA Electronic Medical Documentation**

Printed at PALO ALTO HCS