UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant. | Case No.  14-cv-05114-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Marco Heyward is proceeding pro se in the above-captioned case. On February 9, 2015, the Government filed a motion to dismiss. The motion is currently set for hearing on March 19, 2015.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on February 26, 2015. As of the filing of this order, Plaintiff has not filed an opposition.

The Court orders Plaintiff, by no later than **March 31, 2015,** to show cause why his case should not be dismissed for failure to prosecute, and file (1) either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss and (2) a written a response to this order to show cause. The response to this order to show cause and the opposition (or non-opposition) to the motion to dismiss should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion.").

To aid in his compliance, Plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available

online at: *http://cand.uscourts.gov/proselitigants*.  Plaintiff may also consider contacting the Federal Pro Bono Project's Help Desk—a free service for *pro se* litigants—by calling (415) 782-8982.

The motion hearing currently set for March 19, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: 03/12/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2